JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Myung Kim,<br><br>Petitioner,<br><br>v.<br><br>United States of America,<br><br>Respondent. | Case No. 2:22-cv-09070-VAP<br>2:19-cr-00166-VAP-1<br><br>**Judgment** |

Pursuant to the Memorandum and Order Denying Motion Under 28 U.S.C. Section 2255 and Dismissing Action, IT IS ADJUDGED that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/16/23

Virginia A. Phillips
Senior United States District Judge